UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO CERVANTES CHAVEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CONNIE GIPSON, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 11-7356 AG (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 30, 2012

_____
ANDREW J. GUILFORD
United States District Judge